IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

DEC 2 8 2017



Clerk, U.S. District Court
District Of Montana
Missoula

|  |  |
|---|---|
| NARISSA GODWIN, WARREN TUCKER, REANNA TUCKER, NORAH TUCKER,<br><br>             Plaintiffs,<br><br>    v.<br><br>HABECK TRUCKING, INC., LONE PINE LEASING, LLC, MARY VICTORIA CLARK, BROWNMILLER LEASING & TRANSPORTATION, INC. AND LARRY HANSEN,<br><br>             Defendants.<br><hr>BROWNMILLER LEASING & TRANSPORTATION, INC. and LARRY HANSEN,<br><br>             Cross-Claimants,<br><br>    v.<br><br>HABECK TRUCKING, INC., LONE PINE LEASING, LLC, and MARY VICTORIA CLARK,<br><br>             Cross-Claim Defendants. | CV 17–138–M–DLC<br><br><br>ORDER |

Pursuant to the parties' Stipulation to Withdraw the Motion to Dismiss

(Doc. 12),

IT IS ORDERED that the Motion to Dismiss (Doc. 8) filed by Defendants Habeck Trucking, Inc., Lone Pine Leasing, LLC, and Mary Clark is deemed to be withdrawn.

DATED this 28th day of December, 2017.

Dana L. Christensen, Chief District Judge
United States District Court