IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NARRISSA GODWIN and WARREN TUCKER, Individually and as Next Friend of REANNA TUCKER and NORAH TUCKER, minors,<br><br>Plaintiffs,<br><br>vs.<br><br>HABECK TRUCKING, INC., LONE PINE LEASING, LLC, MARY VICTORIA CLARK, BROWNMILLER LEASING & TRANSPORTATION, INC., LARRY HANSEN,<br><br>Defendants. | CV 17–138–M–DLC<br><br>ORDER |

Pursuant to the Order dismissing parties (Doc. 124) and the parties' Stipulations of Dismissal of All Claims with Prejudice of the remaining defendants (Docs. 132, 133, and 134),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

1

DATED this 3rd day of April, 2020.

_____
Dana L. Christensen, District Judge
United States District Court